UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEROY ALFORD,<br>    Plaintiff, Pro se<br>    6404 Carrick PL<br>v. Temple Hills MD<br>    20748<br>Acting Secretary Peter O'Rourke<br>DEPARTMENT OF VETERANS<br>AFFAIRS 810 Vermont AV NW,<br>AGENCY, Washington DC<br><br>        Defendant. | Case: 1:18-cv-01311   Jury Demand<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 6/1/2018<br>Description: FOIA/Privacy Act (I Deck) |

## COMPLAINT FOR INJUNCTIVE RELIEF

1. Plaintiff Leroy Alford ("Mr. Alford") bring this action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records, concerning the Vocational Rehabilitation Panel (VRP) meeting, preparation efforts, participants and results for its April 2018.   The Defendants had a duty to respond to the Plaintiff's request within 20 days from the day of the Plaintiff's request pursuant to 5 U.S.C. § 552 (a))6)(A)(2)(i).

2. This court has jurisdiction over this action pursuant to 5 U.S.C § 552(a)(4)(B).

3. Plaintiff, is a disabled veteran and has sought relief in a prior FOIA claim in

1

RECEIVED
JUN - 1 2018
Clerk, U.S. District and
Bankruptcy Courts

/

2016. Plaintiff is the requestor of the records and information which Defendant failed to respond to Plaintiff's request.  Now, Defendant is withholding requested information that is needed to appeal the VRP's denial of requested Independent Living Plan changes and requested services and equipment under Chapter 31 Vocational Rehabilitation program to the Board of Veterans' Appeals.  Prompt release of the information and a response are required so the Plaintiff can proceed with legal preparations to appeal the decision dated 30 April 2018 by Ms. Luana Steward, Vocational Rehabilitation Counselor, National Capitol Region Benefits Office, Washington, DC.  Exhibit 2.

4. Under current law, the Defendant has one year from the date of the denial letter to request an Administrative Review or to formally appeal Ms. Stewart's decision.  Exhibit 2.  The Defendant filed a formal appeal on 29 May 2018.  Exhibit 3.

5. Defendant, Department of Veterans Affairs, is an agency of the United States and has knowledge of the documents and information the Plaintiff seeks.

6. The Plaintiff submitted his request to multiple senior VA employees on 25 April 2018, to include the Acting Secretary, Peter O'Rourke (formerly VA's Chief of Staff).  To this date, no one in the VA has responded to Plaintiff's 2018 simple FOIA request.

7.  Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for Defendant's denial of such access.

WERFERFORE, Plaintiff requests this Court:

(1) Order Defendants to provide document(s) and information requested

(2) Expedite this proceeding as provided for in 28 U.S.C. § 1657.

(3) Award Plaintiff costs in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

(4) Approve hearing request.

(5) Grant such other request and further relief as may deem just and proper.

Respectfully submitted,

Leroy Alford, Pro se
Plaintiff
6404 Carrick Place,
Temple Hills, MD   20748

Dated: 1 June 2018